

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-13-00011-CV

| | | |
|---|---|---|
| In re Curtis Lee Sheppard, Jr. | § | Original Proceeding |
| | § | From 78th District Court |
| | § | of Wichita County (48,429-B) |
| | § | January 11, 2013 |
| | § | Per Curiam |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed for lack of jurisdiction. Accordingly, relator's petition for writ of mandamus dismissed for lack of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00011-CV

IN RE CURTIS LEE SHEPPARD, JR.                                      RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed for lack of jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; WALKER and MEIER, JJ.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

DELIVERED: January 11, 2013